FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Mar 13, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT KNOX

UNITED STATES OF AMERICA

vs.

**TINA L. GREEN**

INFORMATION

No.  3:25MJ-163
18 U.S.C. § 7
18 U.S.C. § 13
18 U.S.C. § 111
18 U.S.C. § 113(a)(4)
K.R.S. § 525.060(1)(d)
K.R.S. § 508.080

The United States Attorney charges:

### COUNT 1

On or about May 3, 2024, in the Western District of Kentucky, at Fort Knox, Kentucky, within the special maritime and territorial jurisdiction of the United States, **TINA L. GREEN**, defendant herein, knowingly, attempted to evade apprehension by striking and kicking the law enforcement officers.

In violation of Title 18, United States Code Sections 7 and 111. This is a Class A misdemeanor.

The United States Attorney further charges:

### COUNT 2

On or about May 3, 2024, in the Western District of Kentucky, at Fort Knox, Kentucky, within the special maritime and territorial jurisdiction of the United States, **TINA L. GREEN**,

defendant herein, did commit assault by striking, beating, or wounding, when she grabbed **T.M.K** around her neck, then pulled her hair, and ear.

In violation of Title 18, United States Code Sections 7 and 113(a)(4). This is a Class A misdemeanor.

The United States Attorney further charges:

## COUNT 3

On or about May 3, 2024, in the Western District of Kentucky, at Fort Knox, Kentucky, within the special maritime and territorial jurisdiction of the United States, **TINA L. GREEN**, defendant herein, did commit assault by striking, beating, or wounding, when she shoved **T.J.L** in the back.

In violation of Title 18, United States Code Sections 7 and 113(a)(4). This is a Class A misdemeanor.

The United States Attorney further charges:

## COUNT 4

On or about May 3, 2024, in the Western District of Kentucky, at Fort Knox, Kentucky, within the special maritime and territorial jurisdiction of the United States, **TINA L. GREEN**, defendant herein, did commit assault by striking, beating, or wounding, when she pushed **S.T.A** and kicked him in the groin area.

In violation of Title 18, United States Code Sections 7 and 113(a)(4). This is a Class A misdemeanor.

The United States Attorney further charges:

## COUNT 5

On or about May 3, 2024, in the Western District of Kentucky, at Fort Knox, Kentucky, within the special maritime and territorial jurisdiction of the United States, **TINA L. GREEN**, defendant herein, did commit assault by striking, beating, or wounding, when she scratched the hand of **K.D.G** leaving marks.

In violation of Title 18, United States Code Sections 7 and 113(a)(4). This is a Class A misdemeanor.

The United States Attorney further charges:

## COUNT 6

On or about May 3, 2024, in the Western District of Kentucky, at Fort Knox, Kentucky, within the special maritime and territorial jurisdiction of the United States, **TINA L. GREEN**, defendant herein, did commit assault by striking, beating, or wounding, when she struck **L.R.M.**

In violation of Title 18, United States Code Sections 7 and 113(a)(4). This is a Class A misdemeanor.

The United States Attorney further charges:

## COUNT 7

On or about May 3, 2024, in the Western District of Kentucky, at Fort Knox, Kentucky, within the special maritime and territorial jurisdiction of the United States, **TINA L. GREEN**, defendant herein, did commit assault by striking, beating, or wounding, when she kicked **J.W.E.**

In violation of Title 18, United States Code Sections 7 and 113(a)(4). This is a Class A misdemeanor.

The United States Attorney further charges:

## COUNT 8

On or about May 3, 2024, in the Western District of Kentucky, at Fort Knox, Kentucky, within the special maritime and territorial jurisdiction of the United States, **TINA L. GREEN,** defendant herein, did threaten to commit a crime likely to result in death or serious physical injury to another person.

In violation of Title 18, United States Code §§ 7, 13 and Kentucky Revised Statutes, § 508.080(1). This is a Class A misdemeanor.

The United States Attorney further charges:

## COUNT 9

On or about May 3, 2024, in the Western District of Kentucky, at Fort Knox, Kentucky, within the special maritime and territorial jurisdiction of the United States, **TINA L. GREEN**, defendant herein, knowingly, and intentionally caused public inconvenience, annoyance, or alarm, or wantonly created a risk thereof, and a hazardous or physically offensive condition by any act that serves no legitimate purpose.

In violation of Title 18, United States Code Sections 7, 13 and Kentucky Revised Statutes Section 525.060 (1)(d). This is a Class B misdemeanor.

FW *[signature]*
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB/BCP/mls

UNITED STATES OF AMERICA v. TINA L. GREEN

## PENALTIES

Count 1: NMT 1 yr./NLT $1,000.00 or Both
Count 2: NMT 1 yr./NLT $1,000.00 or Both
Count 3: NMT 1 yr./NLT $1,000.00 or Both
Count 4: NMT 1 yr./NLT $1,000.00 or Both
Count 5: NMT 1 yr./NLT **$1,000.00 or Both**
Count 6: NMT 1 yr./NLT **$1,000.00 or Both**
Count 7: NMT 1 yr./NLT $1,000.00 or Both
Count 8: NMT 1 yr./NLT $1,000.00 or Both
Count 9: NMT 6 mo./NLT $500.00 or Both

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

**INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

**PENALTIES** of:

10% of fine balance if payment more than 30 days late.

15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

        18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.
 18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.